UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA ALCARAZ,<br><br>                              Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, et al.,<br><br>                              Defendants. | Case No.:  20-cv-01377-DMS-RBM<br><br>**ORDER:**<br><br>**(1) GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER;**<br><br>**AND**<br><br>**(2) FIRST AMENDED SCHEDULING ORDER**<br><br>**[Doc. 17]** |

Before the Court is Plaintiff Claudia Alcaraz ("Plaintiff") and Defendant Lowe's Home Centers, LLC's ("Defendant") Joint Stipulation Modifying Civil Trial Preparation Order ("Joint Motion"). (Doc. 17.) The Joint Motion requests that the Court continue the expert disclosure deadline by 60 days, the related expert discovery deadlines by 30-60 days, and the mandatory settlement conference by 90 days. (*Id.* at 1-3.) This is the parties' first request for a continuance of the Court's September 11, 2020 Scheduling Order ("Scheduling Order"). (Doc. 16.) The parties allege good cause exists for a continuance,

because they are scheduling a private mediation for April/May 2021 and wish to save on expert expenditures. (Doc. 17 at 1-2.)

A scheduling order may be modified only upon a showing of good cause and with the judge's consent. FED. R. CIV. P. 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (stating, "the focus of [the good cause] inquiry is upon the moving party's reasons for seeking modification."). The parties have diligently conducted discovery including service of written discovery requests and subpoenas, as well as conducted the deposition of Plaintiff along with an independent medical exam. (Doc. 17 at 2.) A continuance of the dates requested allows the parties additional resources to explore meaningful settlement. As such, good cause exists to grant a continuance of time.

Accordingly, the Joint Motion (Doc. 17) is **GRANTED**. The September 11, 2020 Scheduling Order (Doc. 16) is hereby **AMENDED AS FOLLOWS**:

1.     The parties shall designate their respective experts in writing by **May 25, 2021**. The parties must identify any person who may be used at trial to present evidence pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence. This requirement is not limited to retained experts. The date for exchange of rebuttal experts shall be by **June 8, 2021**. The written designations shall include the name, address and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list shall also include the normal rates the expert charges for deposition and trial testimony.

2.     A Mandatory Settlement Conference shall be conducted on **September 29, 2021** at **9:30 a.m.** in the chambers of **Magistrate Judge Ruth Bermudez Montenegro, United States Courthouse, 2003 W. Adams Ave., El Centro, California 92243**. Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to chambers by **September 20, 2021**. All parties are ordered to read and to fully comply with the Chamber Rules of the assigned magistrate judge.

3.     By **July 8, 2021**, each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure. This disclosure

1  requirement applies to all persons retained or specially employed to provide expert

2  testimony, or whose duties as an employee of the party regularly involve the giving of

3  expert testimony.  **Except as provided in the paragraph below, any party that fails to**

4  **make these disclosures shall not, absent substantial justification, be permitted to use**

5  **evidence or testimony not disclosed at any hearing or at the time of trial.  In addition,**

6  **the Court may impose sanctions as permitted by FED. R. CIV. P.  37(c).**

7       4.    Any party shall supplement its disclosure regarding contradictory or rebuttal

8  evidence under FED. R. CIV. P. 26(a)(2)(D) by **July 23, 2021**.

9       5.    All expert discovery shall be completed by all parties by **July 16, 2021**.  The

10  parties shall comply with the same procedures set forth in the paragraph governing fact

11  discovery.

12       6.    Failure to comply with this section or any other discovery order of the Court

13  may result in the sanctions provided for in FED. R. CIV. P. 37, including a prohibition on

14  the introduction of experts or other designated matters in evidence.

15       **IT IS SO ORDERED**.

16  DATE: March 9, 2021

17

18  HON. RUTH BERMUDEZ MONTENEGRO
    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

3